IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

ANCHORAGE SNF, LLC d/b/a        *
ANCHORAGE HEALTHCARE CENTER, *et al.*,

          *

       Plaintiffs,

          *

v.                                     Case No.: 1:22-cv-00166-JRR

          *

RAFAEL J. LÓPEZ, in his official
capacity as the MARYLAND SECRETARY    *
OF HUMAN SERVICES, *et al.*,

          *

       Defendants.

## JOINT STATUS REPORT

Plaintiffs' Anchorage SNF, LLC d/b/a Anchorage Healthcare Center, et al, by and through undersigned counsel, and Defendants Rafael J. López, in his official capacity as Secretary of the Maryland Department of Human Services, and Laura Herrera Scott, in her official capacity as Secretary of the Maryland Department of Health (collectively, "Defendants"), by and through undersigned counsel, jointly and respectfully submit this joint status report pursuant to Judge Rubin's Amended Scheduling Order, dated November 12, 2024.

1. Counsel and the parties have been working cooperatively and diligently in this matter.

2. Significant progress has been made to settle the case, but the parties need additional time to exchange and consider proposals to determine if a resolution can be reached.

3. The parties do not request any changes to the Amended Scheduling Order, dated November 12, 2024.

Dated:  December 27, 2024

Respectfully submitted,
sb2 inc.

*/s/ Meghan Lambert*
Meghan Lambert, Esq.
*Admitted Pro Hac Vice*
1426 N. Third Street, Suite 120
P.O. Box 5400
Harrisburg, PA 17110
Direct: (717) 433.4745
Fax: (717) 909-5925
mlambert@sb2inc.com
*Attorney for Plaintiffs*

Gellert Seitz Busenkell & Brown, LLC

*/s/ Charles J. Brown, III*
Charles J. Brown (Bar # 28172)
Gellert, Seitz, Busenkell & Brown, LLC,
1201 N. Orange Street, 3rd Floor
Wilmington, DE 19801
Tel. (302) 425-5813
Fax: (302) 425-5814
cbrown@gsbblaw.com
*Attorney for Plaintiffs*

ANTHONY G. BROWN
ATTORNEY GENERAL OF
MARYLAND

*/s/ Ann D. Ware*
Robert L. Durocher, Jr. (Bar # 27116)
Ann D. Ware (Bar #   23785)
Assistant Attorneys General
Maryland Department of Human Srvs.
25 S. Charles Street, 10th Floor
Baltimore, Maryland 21201
Tel: (410) 767-7765
Fax: (410) 333-0026
robert.durocher@maryland.gov
ann.ware1@maryland.gov
*Attorneys for Defendant*
*Rafael J. López*

/s/ Benjamin A. Bor
Nicole Lugo Clark (Bar # 26983)
Benjamin Bor (Bar # 30633)
Assistant Attorneys General
300 W. Preston Street, Suite 302
Baltimore, Maryland 21201
Tel: (410) 767-1879
Fax: (410) 333-7894
benjamin.bor@maryland.gov
nicole.lugoclark@maryland.gov
*Attorneys for Defendant*
*Laura Herrera Scott*

## CERTIFICATE OF SERVICE

I hereby certify that I have electronically filed the **JOINT STATUS REPORT** with the Clerk of the Court using the CM/ECF system and served a copy of same by CM/ECF on all parties of record on this the 27th day of December 2024.

*/s/ Charles J. Brown, III*
Charles J. Brown (Bar # 28172)