UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| ANCHORAGE SNF, LLC d/b/a<br>ANCHORAGE HEALTHCARE CENTER, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>RAFAEL J. LÓPEZ, in his official<br>capacity as the MARYLAND SECRETARY<br>OF HUMAN SERVICES, *et al.*,<br><br>    Defendants. | Case No.: 1:22-cv-00166-JRR |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## STIPULATION OF DISMISSAL

Plaintiffs, Anchorage SNF, LLC and all of the other named Plaintiffs[1] and Defendant Rafael J. López, in his official capacity as the Secretary of the Maryland Department of Human Services, and Laura Herrera Scott, in her official capacity as the Secretary of the Maryland Department of Health, by and through undersigned counsel, hereby jointly stipulate to the dismissal of this action, without prejudice, in accordance with Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, each party to bear its own costs.

[*REMAINDER OF PAGE LEFT BLANK INTENTIONALLY*]

---

[1] There are 17 named Plaintiffs. All of the Plaintiffs' names are set forth in the Complaint. (ECF 1)

Respectfully submitted,

|  |  |
|---|---|
|  | ANTHONY G. BROWN<br>ATTORNEY GENERAL OF MARYLAND |
| /s/ Charles J. Brown, III<br>Charles J. Brown (Bar # 2817)<br>Gellert, Seitz, Busenkell & Brown, LLC<br>1201 N. Orange Street, 3rd Floor<br>Wilmington, DE 19801<br>Tel. (302) 425-5813<br>Fax: (302) 425-5814<br>cbrown@gsbblaw.com<br>*Attorney for Plaintiffs* | /s/ Ann D. Ware<br>Robert L. Durocher, Jr. (Bar # 27116)<br>Ann D. Ware (Bar # 23785)<br>Assistant Attorneys General<br>Maryland Department of Human Srvs.<br>25 S. Charles Street, 10th Floor<br>Baltimore, Maryland 21201<br>Tel: (410) 767-7765<br>Fax: (410) 333-0026<br>robert.durocher@maryland.gov<br>ann.ware1@maryland.gov<br>*Attorneys for Defendant*<br>*Rafael J. López* |
|  | ANTHONY G. BROWN<br>ATTORNEY GENERAL OF MARYLAND |
| /s/ Meghan Lambert<br>Meghan Lambert, Esquire<br>Admitted Pro Hac Vice<br>1426 N. Third Street, Suite 120<br>P.O. Box 5400<br>Harrisburg, PA 17110<br>Direct: (717) 433-4745<br>Fax: (717)909-5925<br>mlambert@sb2inc.com<br>Attorney for Plantiffs | /s/ Benjamin Bor<br>Nicole Lugo Clark (Bar # 26983)<br>Benjamin Bor (Bar # 30633)<br>Assistant Attorneys General<br>Maryland Department of Health<br>300 W. Preston Street, Suite 302<br>Baltimore, Maryland 21201<br>Tel: (410) 767-1862<br>Fax: (410) 333-7894<br>benjamin.bor@maryland.gov<br>nicole.lugoclark@maryland.gov<br>*Attorneys for Defendant*<br>*Laura Herrera Scott* |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 27th day of January 2025, a copy of the foregoing Stipulation of Dismissal was electronically filed and served on all those entitled to electronic service.


/s/ Charles J. Brown, III
Charles J. Brown (Bar # 2817)